JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAMES DAVID HARWIN, | CASE NO. 2:18-CV-09289-SK |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| FELIPE MARTINEZ, | |
| Respondent. | |

Pursuant to the Opinion and Order Dismissing Habeas Action, **IT IS ADJUDGED** that this habeas action is dismissed.

DATED: February 1, 2019

_____
STEVE KIM
U.S. MAGISTRATE JUDGE